# First District Court of Appeal
## State of Florida

_____

No. 1D18-975
_____

MICHAEL WALTER MINTON,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Escambia County.
John L. Miller, Judge.

September 18, 2019

PER CURIAM.

AFFIRMED.

LEWIS, OSTERHAUS, and KELSEY, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____

Andy Thomas, Public Defender, and Megan Long, Assistant Public Defender, Tallahassee; and Michael Walter Minton, pro se, for Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.